YORK and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

CLIFFORD LANG v. CELIA LANG.— Motion for leave to appeal to the Court of Appeals and for a stay denied and stay vacated. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

LOUIS KASS v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

S. BLECHMAN & SONS, INC., v. ARTHUR OSMAN, as President, or MAX PERL-MUTTER, as Treasurer, of THE WHOLESALE DRY GOODS WORKERS UNION, Also Known as WHOLESALE DRY GOODS EMPLOYEES UNION, FEDERAL LOCAL 19932 A. F. of L.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

STARRETT BROTHERS and EKEN, INCORPORATED, v. FINKELSTEIN & TUNICK INC., and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

YERVANT BAJAKIAN v. ST. NICHAN REALTY CORPORATION.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

STERLING NATIONAL BANK & TRUST COMPANY OF NEW YORK, as Trustee, etc., v. 7 EAST 44TH ST. CORP. In the Matter of the Application of STERLING NATIONAL BANK & TRUST COMPANY OF NEW YORK, as Trustee, etc., and by CITY BANK FARMERS TRUST COMPANY and Another, as Trustees, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

AMERICAN FUR MANUFACTURERS ASSOCIATION, INC., and Others v. ASSOCIATED FUR COAT & TRIMMING MANUFACTURERS, INC., and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of GUARANTY TRUST COMPANY OF NEW YORK, Surviving Trustee, and CARRIE DALSIMER, as Sole Executrix, etc., of NATHAN S. DALSIMER, Deceased, Cotrustee, etc., of ZETTIE DALSIMER, Deceased. GUARANTY TRUST COMPANY OF NEW YORK, CARRIE THALHEIMER and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

HERMINE GERSCHON and ALVIN GERSCHON, Two Infants, by FANNY SPIRO, Their Guardian ad Litem, v. THE TRAVELERS INSURANCE COMPANY. ALVIN GERSCHON. CHARLES A. BUCKLEY. A. A. BERLE, JR., Chamberlain of the City of New York.— Motion by Charles A. Buckley for leave to appeal to the Court of Appeals granted. [See ante, p. 281.] Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

HERMINE GERSCHON and ALVIN GERSCHON, Two Infants, by FANNY SPIRO, Their Guardian ad Litem, v. THE TRAVELERS INSURANCE COMPANY. ALVIN GERSCHON. CHARLES A. BUCKLEY. A. A. BERLE, JR., Chamberlain of the